# UNITED STATES DISTRICT COURT
### Western District of Tennessee

United States of America

    v.

Tarra L. Brown

ORDER HOLDING PROBATIONER
FOR REVOCATION HEARING

Case Number: 02-20299-05-B/Ph

---

On April 22, 2005, the defendant appeared before me on a charge of violation of the terms and conditions of her supervised release in this matter. The defendant was or had been advised of his rights under Rules 5 and 32.1(a)(1), Federal Rules of Criminal Procedure, and counsel was appointed.

At this hearing, the defendant was released on bond and therefore, a preliminary hearing on the violation was not required. See United States v. Sciuto, 531 F.2d 842, 846 (7th Cir. 1976); United States v. Tucker, 524 F.2d 77, 78 (5th Cir. 1975), cert. denied, 424 U.S. 966, 96 S.Ct. 1462, 47 L.Ed.2d 733(1976).

Accordingly, the defendant is held to a final revocation hearing before Judge Bernice Donald. It is presumed that the United States District Court will set this matter for a revocation hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(2), and will see that appropriate notices are given.

*S. Thomas Anderson*

S. Thomas Anderson, United States Magistrate Judge

Date: April 26, 2005

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 4-29-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 198 in case 2:02-CR-20299 was distributed by fax, mail, or direct printing on April 29, 2005 to the parties listed.

---

Scott F. Leary
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Marty B. McAfee
MCAFEE & MCAFEE
246 Adams Ave.
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT